Court of Appeals
 Tenth Appellate District of Texas

 
 10-25-00188-CV
 
 
 Ramon Hernandez Ordonez and AJ Trucking, LLC,
 Appellants
 
 v.
 
 Starlet Snell,
 Appellee
 
 
 
 On appeal from the 
 18th District Court of Johnson County, Texas 
 Judge Sydney B. Hewlett, presiding
 Trial Court Cause No. DC-C202400197
 
 
1Chief Justice Johnson delivered the opinion of the Court.

 MEMORANDUM OPINION
 
 Appellants, Ramon Hernandez Ordonez and AJ Trucking, LLC, and the appellee, Starlet Snell, filed a joint motion to dismiss this restricted appeal because the parties have reached a settlement agreement through mediation. The motion indicates that the parties have agreed and are asking this Court to vacate the judgment of the trial court, to remand this proceeding to the trial court for the entry of a final judgment in accordance with the settlement agreement, to dismiss the appeal with prejudice, to order each party to pay their own appellate court costs, and to issue the mandate immediately. 
 We have no authority to dismiss the appeal and remand the case to the trial court. See Tex. R. App. P. 42.1(a)(2). We have the authority, however, to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. See Tex. R. App. P. 42.1(a)(2)(B); 43.2(d).
 Accordingly, the parties' "Joint Motion to Dismiss Restricted Appeal and Request to Expedite" is granted to the extent authorized. The trial court's default judgment signed on December 26, 2024, is set aside without regard to the merits, and the case is remanded to the trial court for rendition of judgment in accordance with the agreement of the parties. Costs of appeal are taxed against the party incurring same as agreed by the parties. See Tex. R. App. P. 42.1(d). Further, we order that this Court's mandate in this case shall issue immediately. See Tex. R. App. P. 18.1(c).
 Because the Court was unable to grant the entirety of the parties' motion, the Court has endeavored to implement the substance of the parties' agreed motion to achieve the same result. If the parties determine that the judgment of the Court does not accomplish the parties' intended result, a timely motion for rehearing must be filed that addresses the manner in which the Court can implement the agreement of the parties within the limitations of the Rules of Appellate Procedure. See Tex. R. App. P. 42.1; 49.1. 
 
 
 1Matt Johnson
 Chief Justice 
OPINION DELIVERED and FILED: October 23, 2025
Before Chief Justice Johnson,
 Justice Smith, and
 Justice Harris 
Motion granted in part;
Set aside and remanded
CV06